**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BFG Supply Co., LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-11284 (CTG)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**FIRST DAY HEARING ON AUGUST 20, 2026 AT 1:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (Judge Craig T. Goldblatt | District of Delaware | United States Bankruptcy Court) and the Court's website (eCourt Appearances | District of Delaware | United States Bankruptcy Court) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by one-hour prior to the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RELATED MATTERS**

A. Voluntary Petitions

1. Bamboo Purchaser, Inc., Case No. 26-11283 (CTG) (Filed August 18, 2026) [Docket No. 1]

2. BFG Supply Co., LLC, Case No. 26-11284 (CTG) (Filed August 18, 2026) [Docket No. 1]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BFG Supply Co., LLC (6660); Bamboo Purchaser, Inc. (1173); BFG Purchaser Parent, Inc. (2451); BFG Supply Holdings, Inc. (4070); BFG Holdings I, Inc. (1502); BFG Supply Canada Holdings, Inc. (9737); De Cloet Greenhouse Mfg. Ltd. (N/A); BFG Kalamazoo, LLC (0121); BFG Logistics, LLC (4172); L&L Nursery Supply, Inc. (9972); Gard'N-Wise Distributors, Inc. (8418); International Greenhouse Contractors LLC (7313); Greenhouse Solutions, LLC (1860); Greenhouse Contracting Services, LLC (3738); Green-tek, LLC (8749); GROSouth, Inc. (4231); BFG VG Supply Acquisition, LLC (0219). The Debtors' service address in these chapter 11 cases is 4660 East Paris Avenue SE, Grand Rapids, Michigan 49512.

3. BFG Purchaser Parent, Inc., Case No. 26-11285 (CTG) (Filed August 18, 2026) [Docket No. 1]

4. BFG Supply Holdings, Inc., Case No. 26-11286 (CTG) (Filed August 18, 2026) [Docket No. 1]

5. BFG Holdings I, Inc., Case No. 26-11287 (CTG) (Filed August 18, 2026) [Docket No. 1]

6. BFG Supply Canada Holdings, Inc., Case No. 26-11288 (CTG) (Filed August 18, 2026) [Docket No. 1]

7. De Cloet Greenhouse Mfg. Ltd., Case No. 26-11289 (CTG) (Filed August 18, 2026) [Docket No. 1]

8. BFG Kalamazoo, LLC, Case No. 26-11290 (CTG) (Filed August 18, 2026) [Docket No. 1]

9. BFG Logistics, LLC, Case No. 26-11291 (CTG) (Filed August 18, 2026) [Docket No. 1]

10. L&L Nursery Supply, Inc., Case No. 26-11292 (CTG) (Filed August 18, 2026) [Docket No. 1]

11. Gard'N-Wise Distributors, Inc., Case No. 26-11293 (CTG) (Filed August 18, 2026) [Docket No. 1]

12. International Greenhouse Contractors, LLC, Case No. 26-11294 (CTG) (Filed August 18, 2026) [Docket No. 1]

13. Greenhouse Solutions, LLC, Case No. 26-11295 (CTG) (Filed August 18, 2026) [Docket No. 1]

14. Greenhouse Contracting Services, LLC, Case No. 26-11296 (CTG) (Filed August 18, 2026) [Docket No. 1]

15. Green-Tek, LLC, Case No. 26-11297 (CTG) (Filed August 18, 2026) [Docket No. 1]

16. GROSouth, Inc., Case No. 26-11298 (CTG) (Filed August 18, 2026) [Docket No. 1]

17. BFG VG Supply Acquisition, LLC, Case No. 26-11299 (CTG) (Filed August 18, 2026) [Docket No. 1]

B. Declaration of Adam Zalev in Support of the Debtors' Chapter 11 Petitions and First Day Motions (Filed August 19, 2026) [Docket No. 16]

**MATTERS GOING FORWARD**

C. First-Day Motions

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 2]

   Status: This matter will be going forward.

2. Debtors' Motion for Entry of an Order (I) Authorizing De Cloet Greenhouse MFG. Ltd. to Act as Foreign Representative in Canadian Proceeding and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 3]

   Status: This matter will be going forward.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief (Filed August 18, 2026) [Docket No. 4]

   Status: This matter will be going forward.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest By Email, and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 5]

   Status: This matter will be going forward.

5. Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective as of the Petition Date, and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 6]

   Status: This matter will be going forward.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage and Letter of Credit Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 7]

   Status: This matter will be going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 8]

   Status: This matter will be going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor, Maintain, and Administer Customer Programs and Related Prepetition Business Practices, and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 9]

   Status: This matter will be going forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 10]

   Status: This matter will be going forward.

10. Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to Assume the Consulting Agreement; (B) Authorizing and Approving the Sales of Assets Free and Clear of All Liens, Claims, and Encumbrances; and (C) Granting Related Relief (Filed August 18, 2026) [Docket No. 11]

    Status: This matter will be going forward.

11. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, the Debtors To (I) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations, (II) Continue Certain Employee Benefit Programs in the Ordinary Course, (B) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations, and (C) Granting Related Relief (Filed August 18, 2026) [Docket No. 12]

    Status: This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting a Limited Waiver of Section 345(B) Deposit and Investment Requirements, and (III) Granting Related Relief (Filed August 18, 2026) [Docket No. 13]

Status: This matter will be going forward.

13. Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 19, 2026) [Docket No. 17]

Related Document(s):

a. Declaration of Neil Gupta in Support of the Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 19, 2026) [Docket No. 18]

b. Notice of Filing of DIP Fee Letters (Filed August 19, 2026) [(SEALED) Docket No. 29]

c. Notice of Filing of Redacted DIP Fee Letters (Filed August 19, 2026) [Docket No. 31]

Status: This matter will be going forward.

Dated: August 19, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Carol E. Thompson (No. 6936)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: jalberto@coleschotz.com
snewman@coleschotz.com
cthompson@coleschotz.com

Seth Van Aalten (*pro hac vice*- pending)
Sarah A. Carnes (*pro hac vice* pending)
Michael A. Solimani (*pro hac vice* pending)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
scarnes@coleschotz.com
msolimani@coleschotz.com

*Proposed Counsel for Debtors*
*and Debtors in Possession*