**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BFG Supply Co., LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-11284 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 29, 2026 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

## ADJOURNED MATTERS

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting a Limited Waiver of Section 345(B) Deposit and Investment Requirements, and (III) Granting Related Relief (Filed August 18, 2026) [Docket No. 13]

   Related Document(s):

   a. Interim Orders (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting a Limited Waiver of Section 345(B) Deposit and Investment Requirements, and (III) Granting Related Relief (Entered August 20, 2026) [Docket No. 64]

   b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed August 18, 2026) [Docket No. 67]

   c. Certification Of Counsel Regarding Second Interim Order (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BFG Supply Co., LLC (6660); Bamboo Purchaser, Inc. (1173); BFG Purchaser Parent, Inc. (2451); BFG Supply Holdings, Inc. (4070); BFG Holdings I, Inc. (1502); BFG Supply Canada Holdings, Inc. (9737); De Cloet Greenhouse Mfg. Ltd. (N/A); BFG Kalamazoo, LLC (0121); BFG Logistics, LLC (4172); L&L Nursery Supply, Inc. (9972); Gard'N-Wise Distributors, Inc. (8418); International Greenhouse Contractors LLC (7313); Greenhouse Solutions, LLC (1860); Greenhouse Contracting Services, LLC (3738); Green-tek, LLC (8749); GROSouth, Inc. (4231); BFG VG Supply Acquisition, LLC (0219). The Debtors' service address in these chapter 11 cases is 4660 East Paris Avenue SE, Grand Rapids, Michigan 49512.

Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting A Limited Waiver of Section 345(B) Deposit and Investment Requirements, and (III) Granting Related Relief (Filed September 14, 2026) [Docket No. 144]

d. Second Interim Order (I) Authorizing Continued (A) Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations and (B) Performance of Intercompany Transactions in the Ordinary Course of Business, (II) Granting A Limited Waiver of Section 345(B) Deposit and Investment Requirements, and (III) Granting Related Relief (Entered September 14, 2026) [Docket No. 167]

Objection Deadline: September 9, 2026 at 4:00 p.m. (ET), extended until September 22, 2026 at 4:00 p.m. (ET), for Official Committee of Unsecured Creditors, the Office of the United States Trustee, the DIP Agent and the Prepetition ABL Agent, and the Prepetition Term Loan Lenders

Objections/Responses Received:

a. Informal comments from the U.S. Trustee.

b. Informal comments from the Committee.

c. Informal comments from the DIP Agent and Prepetition ABL Agent

d. Informal comments from the Prepetition Term Loan Agent and Prepetition Term Loan Lenders.

Status: This matter has been adjourned to the October 14, 2026 hearing date.

2. Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 19, 2026) [Docket No. 17]

Related Document(s):

a. Declaration of Neil Gupta in Support of the Debtors' Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B)

Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 19, 2026) [Docket No. 18]

b. Notice of Filing of Revised Interim Order for Motion for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 20, 2026) [Docket No. 47]

c. [SEALED] Notice of Filing of DIP Fee Letters (Filed August 19, 2026) [Docket No. 29]

d. (REDACTED) Notice of Filing of Redacted DIP Fee Letters (Filed August 19, 2026) [Docket No. 31]

e. Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed August 20, 2026) [Docket No. 65]

f. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed August 18, 2026) [Docket No. 67]

Objection Deadline: September 9, 2026 at 4:00 p.m. (ET), extended until September 22, 2026 at 4:00 p.m. (ET), for Official Committee of Unsecured Creditors, the Office of the United States Trustee, the DIP Agent and the Prepetition ABL Agent, and the Prepetition Term Loan Lenders

Objection(s) Received:

a. [SEALED] Objection to the Debtors' DIP Financing Motion filed by Official Committee of Unsecured Creditors (Filed September 22, 2026) [Docket No. 205]

b. Informal comments from the U.S. Trustee.

c. Informal comments from the DIP Agent and Prepetition ABL Agent

d. Informal comments from the Prepetition Term Loan Agent and Prepetition Term Loan Lenders.

Status: The Debtors expect to file a Second Interim Order under certification of counsel. This matter has been adjourned to the October 14, 2026 hearing date.

**RESOLVED MATTERS**

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest By Email, and (II) Granting Related Relief (Filed August 18, 2026) [Docket No. 5]

   Related Document(s):

   a. Interim Order (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest by Email, and (II) Granting Related Relief (Entered August 20, 2026) [Docket No. 56]

   b. Omnibus Notice of Entry of Interim Orders and Final Hearing with Respect to First Day Motions (Filed August 18, 2026) [Docket No. 67]

   c. Declaration of Adam Zalev in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest by Email, and (II) Granting Related Relief (Filed September 23, 2026) [Docket No. 209]

   d. Certification of Counsel Regarding Revised Proposed Final Order (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest by Email, and (II) Granting Related Relief (Filed September 23, 2026) [Docket No. 210]

   e. Final Order (I) Authorizing the Debtors to (A) Redact or Withhold Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Parties in Interest by Email, and (II) Granting Related Relief (Entered September 24, 2026) [Docket No. 211]

Objection Deadline: September 9, 2026 at 4:00 p.m. (ET), extended until September 22, 2026 at 4:00 p.m. (ET), for Official Committee of Unsecured Creditors, the Office of the United States Trustee, the DIP Agent and the Prepetition ABL Agent, and the Prepetition Term Loan Lenders

Objection(s)/Responses Received:

a. Informal comments from the U.S. Trustee.

Status: An order has been entered regarding this matter. No hearing is necessary.

4. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date and (II) Granting Related Relief (Filed August 20, 2026) [Docket No. 96]

Related Document(s):

a. Certification of Counsel Regarding Revised Proposed Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases, Effective as of The Rejection Date and (II) Granting Related Relief (Filed September 14, 2026) [Docket No. 143]

b. Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date and (II) Granting Related Relief (Entered September 14, 2026) [Docket No. 162]

c. Order (I) Authorizing the Rejection of Unexpired Leases with West Sacramento Logistics LL, LLC, Effective as of the Rejection Date and (II) Granting Related Relief (Entered September 23, 2026) [Docket No. 208]

Objection Deadline: September 9, 2026 at 4:00 p.m. (ET), extended until September 11, 2026 at 4:00 p.m. (ET), for Official Committee of Unsecured Creditors, the Office of the United States Trustee, the DIP Agent and the Prepetition ABL Agent, and the Prepetition Term Loan Lenders.

Objection(s) Received:

a. Objection to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date and (II) Granting Related Relief filed by West Sacramento Logistics LL, LLC (Filed September 9, 2026) [Docket No. 123]

b. Informal comments from the Committee.

Status: An order has been entered regarding this matter. No hearing is necessary.

Dated: September 25, 2026
Wilmington, Delaware


**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*

Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Carol E. Thompson (No. 6936)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: jalberto@coleschotz.com
snewman@coleschotz.com
cthompson@coleschotz.com

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
Michael A. Solimani (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
scarnes@coleschotz.com
msolimani@coleschotz.com

*Counsel for Debtors and Debtors in Possession*