**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BFG Supply Co., LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11284 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 223 – 224, & 227** |

# CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2026, I caused to be served the:

   a. "Second Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief," dated September 28, 2026 [Docket No. 223], (the "2nd Interim DIP Order "),

   b. "Notice of *Amended* Agenda of Matters Scheduled for Hearing on September 29, 2026 at 1:00 p.m. (Eastern Time) Before the Honorable Craig T. Goldblatt," dated September 28, 2026 [Docket No. 224], (the "Amended Agenda"), and

   c. "Notice of Designation of Stalking Horse Bidder," dated September 28, 2026 [Docket No. 227], (the "Stalking Horse Notice"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BFG Supply Co., LLC (6660); Bamboo Purchaser, Inc. (1173); BFG Purchaser Parent, Inc. (2451); BFG Supply Holdings, Inc. (4070); BFG Holdings I, Inc. (1502); BFG Supply Canada Holdings, Inc. (9737); De Cloet Greenhouse Mfg. Ltd. (N/A); BFG Kalamazoo, LLC (0121); BFG Logistics, LLC (4172); L&L Nursery Supply, Inc. (9972); Gard'N-Wise Distributors, Inc. (8418); International Greenhouse Contractors, LLC (7313); Greenhouse Solutions, LLC (1860); Greenhouse Contracting Services, LLC (3738); Green-Tek, LLC (8749); GROSouth, Inc. (4231); BFG VG Supply Acquisition, LLC (0219). The Debtors' service address in these chapter 11 cases is 4660 East Paris Avenue SE, Grand Rapids, Michigan 49512.

by causing true and correct copies of the:

i. 2nd Interim DIP Order, Amended Agenda, and Stalking Horse Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 2nd Interim DIP Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 2nd Interim DIP Order, Amended Agenda, and Stalking Horse Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

iv. Amended Agenda to be delivered via electronic mail to: *kmontee@monteefirm.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

# EXHIBIT A

| Name | Address |
|---|---|
| INTERNAL REVENUE SERVICE | LOCAL OFFICE 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | LOCAL OFFICE 844 KING ST WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| SECURITIES & EXCHANGE COMMISSION | ANTONIA APPS, REGIONAL DIRECTOR 100 PEARL ST. SUITE 20-100 NEW YORK NY 10004-2616 UNITED STATES OF AMERICA |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 UNITED STATES OF AMERICA |
| UNITED STATES SEC | SALT LAKE CITY REGIONAL OFFICE ATTN: R BEST, REGIONAL DIR 351 S WEST TEMPLE ST, STE 6.100 SALT LAKE CITY UT 84101 UNITED STATES OF AMERICA |

Total Count: 7

# EXHIBIT B

| Name | Address |
| --- | --- |
| ACF FINCO I LP | AS ADMINISTATIVE AGENT 560 WHITE PLAINS RD, STE 400 TARRYTOWN NY 10591 UNITED STATES OF AMERICA |
| ACF FINCO I LP | AS ADMINISTATIVE AGENT AND COLLATERAL AGENT 560 WHITE PLAINS RD, STE 400 TARRYTOWN NY 10591 UNITED STATES OF AMERICA |
| ALLIED PACKAGING CORPORATION | PO BOX 8010 PHOENIX AZ 85066 UNITED STATES OF AMERICA |
| AMERICAN FINANCIAL NETWORK INC | 22025 BYRON RD SHAKER HTS OH 44122-2944 UNITED STATES OF AMERICA |
| AMERICAN FINANCIAL NETWORK INC | 22025 BYRON RD SHAKER HTS OH 44122-2944 UNITED STATES OF AMERICA |
| ARES CAPITAL CORPORATION | AS COLLATERAL AGENT 245 PARK AVE, 44TH FL NEW YORK NY 10167 UNITED STATES OF AMERICA |
| ARES CAPITAL CORPORATION | AS ADMINISTATIVE AGENT 245 PARK AVE, 44TH FL NEW YORK NY 10167 UNITED STATES OF AMERICA |
| BORDEN LADNER GERVAIS LLP | 22 ADELAIDE ST W TORONTO ON M5H 4E3 CANADA |
| D&H LIMITED PARTNERSHIP | 2 ROBERT SPECK PKWY, 15TH FL MISSISSAUGA ON L4Z 1H8 CANADA |
| PPSA CANADA INC | 110 SHEPPARD AVE E, STE 303 TORONTO ON M2N 6Y5 CANADA |
| ROYAL BANK OF CANADA | 36 YORK MILLS RD, 4TH FL TORONTO ON M2P0A4 CANADA |
| SETTLERS BANK | 4021 MERIDIAN DR WINDSOR WI 53598 UNITED STATES OF AMERICA |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE CANADA INC | 630-401 THE WEST MALL TORONTO ON M9C 5J5 CANADA |
| US SMALL BUSINESS ADMINISTRATION | 740 REGENT ST, STE 100 MADISON WI 53715 UNITED STATES OF AMERICA |
| US SMALL BUSINESS ADMINISTRATION | 5202 EAST PARK BLVD, STE 109 MADISON WI 53718 UNITED STATES OF AMERICA |
| US SMALL BUSINESS ADMINISTRATION | 4618 S BILTMORE LN MADISON WI 53718 UNITED STATES OF AMERICA |
| WBD INC | 4618 S BILTMORE LN MADISON WI 53718 UNITED STATES OF AMERICA |
| WELLS FARGO BANK NA | 800 WALNUT ST F0005-044 DES MOINES IA 50309 UNITED STATES OF AMERICA |
| WISCONSIN BUSINESS DEVELOPMENT FINANCE CORPORATION | 100 RIVER PL, STE 1 MONONA WI 53716 UNITED STATES OF AMERICA |

Total Count: 19

# EXHIBIT C

| Name | Email |
| --- | --- |
| FOX ROTHSCHILD LLP | SWARD@FOXROTHSCHILD.COM |
| ALIXPARTNERS RESTRUCTURING, INC. | NOAH.GOLDSTEIN@ALIXPARTNERS.COM; MURTAZA.TALLAT@ALIXPARTNERS.COM |
| BENESCH, FRIEDLANDER, COPLAN | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM; MSOBREPERA@BENESCHLAW.COM |
| BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| CASSELS BROCK & BLACKWELL LLP | NLEVINE@CASSELS.COM |
| CHOATE, HALL & STEWART LLP | JVENTOLA@CHOATE.COM; MCOMERFORD@CHOATE.COM; ATHOMAS@CHOATE.COM |
| CLINGEN CALLOW & MCLEAN, LLC | LIPINSKY@CCMLAWYER.COM |
| COWLES & THOMPSON, P.C. | BSIEGEL@COWLESTHOMPSON.COM |
| DELAWARE SECRETARY OF STATE | DOSDOC_WEB@STATE.DE.US |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| FOX ROTHSCHILD LLP | JDIPASQUALE@FOXROTHSCHILD.COM |
| GOE FORSYTHE & HODGES LLP | RGOE@GOEFORLAW.COM |
| GREENBAUM ROWE SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| KELLEY DRYE & WARREN LLP | EWILSON@KELLEYDRYE.COM; MMCLOUGHLIN@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM |
| LANDIS RATH & COBB LLP | MCGUIRE@LRCLAW.COM; BROOKS@LRCLAW.COM |
| MCCREARY, VESELKA, BRAGG, ALLEN P C | JESSICA.COUSINEAU@MVBALAW.COM |
| OFFICE OF THE US ATTNY FOR | ATTORNEY.GENERAL@DELAWARE.GOV |
| OSLER, HOSKIN & HARCOURT LLP | SSTIDWILL@OSLER.COM |
| PROSKAUER ROSE LLP | DHILLMAN@PROSKAUER.COM; MKOCH@PROSKAUER.COM |
| RAINES FELDMAN LITTRELL LLP | MMILANA@RAINESLAW.COM |
| RAINES FELDMAN LITTRELL LLP | MROESCHENTHALER@RAINESLAW.COM; HREADSHAW@RAINESLAW.COM; JKELLY@RAINESLAW.COM |
| RUBERTO, ISRAEL & WEINER, P.C. | JCF@RIW.COM; JEM@RIW.COM |
| U.S. TRUSTEE | JANE.M.LEAMY@USDOJ.GOV |
| WELTMAN, WEINBERG & REIS CO. L.P.A. | BRONATIONALECF@WELTMAN.COM |
| WERB & SULLIVAN | BSULLIVAN@WERBSULLIVAN.COM |
| WOMBLE BOND DICKINSON (US) LLP | MATTHEW.WARD@WBD-US.COM; MARK.ECKARD@WBD-US.COM; MARCY.SMITH@WBD-US.COM |

Total Count: 40